**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-4572**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES D. ABBOTT, a/k/a John Jasper Roberson,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Margaret B. Seymour, District Judge. (CR-00-106)

———————

Submitted:  January 16, 2001          Decided:  March 19, 2001

———————

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Stephen Welch, L.A. Smokey Brown, Jr., THE WELCH LAW FIRM, P.C., Greenwood, South Carolina, for Appellant.  J. Rene Josey, United States Attorney, Isaac Johnson, Jr., Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James D. Abbott appeals the district court's April 12, 2000, denial of his motion to suppress evidence seized from a rental car in which he was a passenger.

We hold the district court did not err in concluding the evidence was admissible, and we affirm on the reasoning the court articulated at the hearing on motion to suppress the evidence. See Whren v. United States, 517 U.S. 806, 813 (1996); United States v. Hassan El, 5 F.3d 726, 730 (4th Cir. 1993).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

AFFIRMED